1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | 1:05-cv-00221-OWW-TAG-HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(Doc. 11)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DISREGARDING MISCELLANEOUS MOTIONS<br>(Docs. 22, 23, and 25)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 24)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On April 27, 2005, the Magistrate Judge assigned to the case filed Report and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to exhaust state court remedies.  (Doc. 11).  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service

of that order. On May 31, 2005, Petitioner filed a motion to continue (Doc. 17), which the Magistrate Judge construed as a motion for extension of time to file objections to the Report and Recommendation of April 27, 2005; the Magistrate Judge granted Petitioner an additional thirty days in which to file his objections. (Doc. 21).

On June 28, 2005, Petitioner filed a notice of opposition to conspiracy. (Doc. 22). The following day, Petitioner filed a notice of motion and motion in reply to opposition and ineffective assistance of counsel. (Doc. 23). On July 1, 2005, Petitioner filed a reply to opposition filed June 17, 2005. (Doc. 25). All three documents are captioned for the Kern County Superior Court and appear directed to proceedings currently pending in that court. The proof of service attached to the documents indicates that Petitioner has served these documents on the U.S. Court of Appeals for the Ninth Circuit, the California Court of Appeal for the Fifth Appellate District, the California Supreme Court, and, in one instance, the NAACP, in addition to this Court. It appears, therefore, that Petitioner has filed these documents with the Court as "courtesy copies" for informational purposes only, and that no judicial response is either required or anticipated. Accordingly, these documents will be DISREGARDED. Petitioner has also filed a motion to proceed in forma pauperis (Doc. 24); however, in light of this order adopting the Magistrate Judge's Report and Recommendation to dismiss the petition, such a motion is MOOT. Notwithstanding Petitioner's request for additional time to file objections to the Report and Recommendation of April 27, 2005, neither party has timely filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued April 27, 2005 ( Doc. 11), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED;
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file;

4.     Petitioner's pending motions, including his notice of opposition to conspiracy filed June 29, 2005 (Doc. 22); his notice of motion and motion in reply to opposition and ineffective assistance of counsel, filed June 29, 2005 (Doc. 23); and his exhibits in opposition (Doc. 25), filed July 1, 2005, are HEREBY DISREGARDED; and

5.     Petitioner's motion to proceed in forma pauperis (Doc. 24), is DENIED as MOOT.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 1, 2005**                        **/s/ Oliver W. Wanger**
emm0d6                                                                 UNITED STATES DISTRICT JUDGE